# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 456 |
| APPOINTMENT TO | : | JUDICIAL ADMINISTRATION DOCKET |
| ADMINISTRATIVE GOVERNING BOARD | : | |
| OF THE FIRST JUDICIAL DISTRICT | : | |
| | : | |

## **O R D E R**

**PER CURIAM:**

**AND NOW**, this 30th day of December, 2015, the Honorable Margaret T. Murphy is hereby appointed Chair of the Administrative Governing Board of the First Judicial District of Pennsylvania on an interim basis.

Mr. Justice Eakin did not participate in the decision of this matter.